WILLIAM EUCLID YOUNG, Appellant, *v.* FRANCIS L. EAMES, as President of the NEW YORK STOCK EXCHANGE, Respondent.

*Young* v. *Eames*, 78 App. Div. 229, affirmed.
(Argued March 13, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 2, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*George H. Mallory* for appellant.

*Lewis Cass Ledyard* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

LOUISE GOTTSCHALK, Respondent, *v.* JULIUS JUNGMANN, Appellant, Impleaded with Others.

SAME, Respondent, *v.* SAME, Appellant.

*Gottschalk* v. *Jungmann*, 91 App. Div. 612, affirmed.
(Argued March 13, 1905; decided April 11, 1905.)

APPEALS from judgments of the Appellate Division of the Supreme Court in the first judicial department, entered March 1, 1904, modifying and affirming as modified judgments in favor of plaintiff entered upon decisions of the court on trial at Special Term.

*Joseph Fettretch* for appellant.

*Charles H. Collins* for respondent.

Judgments affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.